**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

TIMOTHY J. OGSBURY,

                              Plaintiff,

          - v -                                  Civ. Nos. 1:09-CV-35 (LEAD)
                                                            1:09-CV-36 (MEMBER)
ONEBEACON INS. GROUP,                       (LEK/RFT)

                              Defendant.

**APPEARANCES:**                             **OF COUNSEL:**

TIMOTHY J. OGSBURY
Plaintiff, *Pro Se*
70 Esopus Drive
Clifton Park, New York 12065

**RANDOLPH F. TREECE**
**United States Magistrate Judge**

**REPORT-RECOMMENDATION and ORDER**

On January 12, 2009, *pro se* Plaintiff Timothy Ogsbury initiated two separate civil actions in this Court against Defendant OneBeacon Insurance Group. *See* Civ. Nos. 1:09-CV-35 (RFT/TJM) & 1:09-CV-36 (GLS/RFT). At the time Plaintiff initiated these actions, he sought permission to proceed *in forma pauperis*.[1] On February 25, 2009, this Court issued an Order which, *inter alia*, consolidated Plaintiff's two pending actions, with case number 1:09-CV-35 designated as the lead case, and denied Plaintiff's Motions to Proceed *In Forma Pauperis*. Dkt. No. 4. We directed Plaintiff to pay the entire filing fees required in both cases in order for these matters to proceed. *Id*. at pp. 2-3. We further advised that "unless [Plaintiff] pays the $350.00 filing fees in full for both actions within **thirty (30) days** of the filing date of [that] Order, this Court [would]

---

[1] Ogsbury also sought court appointed counsel, which was denied.

recommend dismissal of this action." *Id*. at p. 3 (emphasis in original).  More than three months have elapsed since the Court issued that Order and Plaintiff has not yet paid the required fees; his failure to submit the required fees warrants dismissal of these matters.  N.D.N.Y.L.R. 5.2(a).

**WHEREFORE**, it is hereby

**RECOMMENDED**, that the above entitled actions be **DISMISSED** due to Plaintiff's failure to comply with the Court's Order and pay the filing fees in full; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Report-Recommendation and Order upon the parties to this action.

Pursuant to 28 U.S.C. § 636(b)(1), the parties have ten (10) days within which to file written objections to the foregoing report.  Such objections shall be filed with the Clerk of the Court. **FAILURE TO OBJECT TO THIS REPORT WITHIN TEN (10) DAYS WILL PRECLUDE APPELLATE REVIEW.**  *Roldan v. Racette*, 984 F.2d 85, 89 (2d Cir. 1993) (citing *Small v. Sec'y of Health and Human Servs.*, 892 F.2d 15 (2d Cir. 1989)); *see also* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), & 6(e).

Date:  June 25, 2009
       Albany, New York

_____
RANDOLPH F. TREECE
United States Magistrate Judge

-2-