UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

TIMOTHY J. OGSBURY,

                                Plaintiff,

    **-v.-**

                                Civil Action No.
                                1:09-cv-35 (Lead)
                                1:09-cv-36 (Member)
                                  (GLS/RFT)

ONEBEACON INS. GROUP

                                Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                      OF COUNSEL:

**FOR THE PLAINTIFF:**

TIMOTHY J. OGSBURY
Plaintiff, *Pro Se*
70 Esopus Drive
Clifton Park, New York 12065

GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

    The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed June 25, 2009.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed June 25, 2009 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the above entitled actions are DISMISSED due to plaintiff's failure to comply with the Court's Order and pay the filing fees in full, and it is further

ORDERED, that the Clerk of the Court is directed to close these cases, and it is further

ORDERED, that the Clerk of the court serve a copy of this order upon the parties in accordance with this court's local rules.

IT IS SO ORDERED.

Dated:   August 7, 2009
         Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge

2